```
 1              UNITED STATES JUDICIAL PANEL
                           on
 2                 MULTIDISTRICT LITIGATION

 3

 4   MDL DOCKET NO:  2846

 5   In Re: Davol, Inc./C.R. Bard, Inc.,
     Polypropylene Hernia Mesh Products
 6   Liability Litigation.

 7

 8

 9

10

11                    HEARING SESSION
                       July 26, 2018
12        Santiago E. Campos United States Courthouse
                   Aspen Courtroom, 2nd Floor
13                   106 South Federal Place
                      Santa Fe, New Mexico
14

15

16   BEFORE THE PANEL ON MULTIDISTRICT LITIGATION

17   Sarah S. Vance, Chair
     Marjorie O. Rendell
18   R. David Proctor
     Charles R. Breyer
19   Ellen Segal Huvelle
     Catherine D. Perry
20

21

22
     REPORTED BY: Mary Abernathy Seal, RDR, CRR, NM CCR 69
23               Bean & Associates, Inc.
                 Professional Court Reporting Service
24               201 Third Street, Northwest, Suite 1630
                 Albuquerque, New Mexico 87102
25   (614N)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

```
 1                  A P P E A R A N C E S

 2   For Stephen Silber, et al.:

 3        MS. KELSEY L. STOKES
          Fleming, Nolen  Jez, LLP, Houston, Texas
 4

 5   For Eric Powell:

 6        MR. KENNETH D. KINNEY
          Ralston Kinney, LLC, Kansas City, Missouri
 7

 8   For Barbara Hamblen, et al., and Jean L. Ripple:

 9        MR. STEVEN M. JOHNSON
          The Johnson Law Firm, Fort Worth, Texas
10

11   For C.R. Bard, Inc., and Davol Inc.:

12        MR. MICHAEL K. BROWN
          Reed Smith LLP, Los Angeles, California
13

14

15

16

17

18

19

20

21

22

23

24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

```
 1              JUDGE VANCE:  Next up is docket number
 2   2846, in re: Davol, Inc./C.R. Bard, Inc.,
 3   Polypropylene Hernia Mesh Products Liability
 4   Litigation.  First up is Ms. Stokes.
 5              MS. STOKES:  Yes, Your Honor.
 6              JUDGE VANCE:  For the Southern District of
 7   Ohio.
 8              MS. STOKES:  Yes, Your Honor.  I'd like to
 9   reserve one minute for rebuttal.
10              JUDGE VANCE:  Okay.  You're going to have
11   to tell us what the Southern District of Ohio has to
12   do with the facts of this case.
13              MS. STOKES:  The Southern District of
14   Ohio -- first of all, this is a nationwide
15   litigation.  There's over 120 cases currently
16   pending in 24 states and over 30 districts.  So
17   there's no question that this is going to grow.  And
18   this Panel has recognized that a central venue is
19   important when there's a nationwide scope, as is
20   here.  The Southern District of Ohio is not
21   overburdened with MDLs.
22              JUDGE RENDELL:  Where will the witnesses
23   be?
24              MS. STOKES:  The witnesses will be all
25   over, Your Honor.  There are implanters, there are
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

Bean & Associates, Inc.
PROFESSIONAL COURT REPORTING SERVICE

```
 1  sales reps all over the place.  There are
 2  plaintiffs.  The witnesses will be spread all
 3  throughout the country.
 4             JUDGE VANCE:  But the history of the
 5  product is actually going to be more likely in the
 6  headquarters of the defendant manufacturing and
 7  selling it; right?
 8             MS. STOKES:  Well, it's true that the
 9  defendant is headquartered there.  However, we're
10  not going to go knocking on Bard's doors and getting
11  documents.  They're all going to be electronically
12  produced.  So the presence of their headquarters is
13  really of minimal significance.  In addition, the
14  witnesses -- we will travel to wherever they are.
15  Mr. Brown, who's lead counsel for defendants, will
16  travel from LA.  I'll travel from Houston.  So
17  really, the headquarters of the defendants is of no
18  consequence in this situation.
19             JUDGE VANCE:  Apparently, the plaintiffs
20  are all on board now for the Southern District of
21  Ohio, and I'm just really curious on how you pulled
22  that off.
23             MS. STOKES:  Well, Your Honor, I think
24  that the landscape of the litigation, and really
25  looking at what Chief Judge Sargus has done there
```



SANTA FE OFFICE  
119 East Marcy, Suite 110  
Santa Fe, NM 87501  
(505) 989-4949  
FAX (505) 843-9492

Bean & Associates, Inc.  
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE  
201 Third NW, Suite 1630  
Albuquerque, NM 87102  
(505) 843-9494  
FAX (505) 843-9492  
1-800-669-9492  
e-mail: info@litsupport.com

```
 1   and how he's able to manage really complex and
 2   really big litigations, as he did in C-8, on a
 3   prudent course, I think that the plaintiffs agreed
 4   that it's a no-brainer that the Southern District of
 5   Ohio is the most appropriate forum.
 6             JUDGE VANCE:  When you initially -- I
 7   don't know, maybe it's your current position --
 8   didn't include the CK Patch cases, and I'm curious
 9   as to why you didn't include those cases.  And now
10   the CK Patch plaintiffs are okay with transferring.
11   So what's your position today?
12             MS. STOKES:  The position there -- it's a
13   handful of cases.  It's about a dozen cases.  It's
14   really a red herring.  The presence of the CK Patch
15   should not prevent consolidation.  And ultimately,
16   if the transferee judge decides that it belongs in
17   the MDL, no plaintiffs are going to lose sleep over
18   it, because there's tracks -- there's separate
19   tracks, as this Panel has acknowledged.  It can be
20   on an expedited track.  So the presence of the CK
21   Patch should not hinder consolidation or 1407.
22             JUDGE RENDELL:  Of course, they're not on
23   the transfer motion; is that correct?
24             MS. STOKES:  Well, they have actually been
25   tagged as related, the CK Patch cases, yes, Your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  Honor.
 2              JUDGE VANCE:  Thank you.
 3              MS. STOKES:  Thank you.
 4              JUDGE VANCE:  Next up is Mr. Kinney for
 5  the Western District of Missouri; is that correct?
 6              MR. KINNEY:  Yes.  Good morning, Your
 7  Honor.  May it please the Court, I just want to
 8  point out a couple of the factors that weigh in
 9  favor of the Western District of Missouri, and I'll
10  recall the Panel to a couple of recent decisions,
11  the Atrium C-Qur order, that when they sent that
12  case to the District of New Hampshire, they noted
13  that the judge there had the willingness, ability,
14  and had not yesterday had the opportunity to preside
15  over an MDL.
16              That situation is current here also.  Back
17  in March, Judge Phillips expressed, albeit through
18  Judge Fenner's law clerk, the cases that have been
19  filed in Western District of Missouri -- that she
20  was willing to serve in that role if this Panel
21  asked her to do so.
22              JUDGE PERRY:  Judge Fenner has the cases;
23  right?
24              MR. KINNEY:  That's correct, right now.
25  And he expressed he does not want to be a candidate.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  He said he would not accept it if this Panel chose
 2  him.  None of the cases there are that procedurally
 3  advanced.  And there's no reason that it wouldn't be
 4  a smooth transition to transfer them to Judge
 5  Phillips and assign the rest.
 6            JUDGE VANCE:  We have 122 cases now.  How
 7  big do you think this is going to get?
 8            MR. KINNEY:  You know, I think all the
 9  parties agree it's going to get pretty large, and --
10            JUDGE VANCE:  You think this is going to
11  be manageable by a judge who has never had an MDL?
12            MR. KINNEY:  Well, I think the Panel is
13  probably in a better position than me to make that
14  decision and have direct contact with Judge
15  Phillips.  And I think if she is ready, willing, and
16  able to do it, maybe she should be given an
17  opportunity to do it.  And I think that perhaps the
18  way it's growing, since even the briefing has been
19  filed, supports Judge Sargus, as well, for his
20  handling of the previous one.
21            All the parties here do agree that this is
22  going to be a coast-to-coast litigation.  It's not
23  just about convenience for the defendants'
24  witnesses.  It's convenience for everyone.  The
25  plaintiffs, the plaintiffs' doctors, the sales reps
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   everywhere.  Lawyers travel for depositions.  And
2   you know, all the parties agree, to quote the
3   defendants, "The Southern District of Ohio and the
4   Western District of Missouri are clearly capable of
5   handling this proposed MDL."  That's their words,
6   not mine.  So I think we're not talking about
7   capability.  It's more about convenience.  And being
8   in the center of the country -- it's an interesting
9   position to say it's easier to fly from LA to New
10  York than to stop halfway through and get to the
11  courthouse.
12              JUDGE VANCE:  Thank you, sir.
13              Next up is Mr. Brown for the District of
14  New Jersey or the Southern District of New York or
15  the Eastern District of New York or Rhode Island or
16  Louisiana.  And my question to you is:  You seem to
17  be taking the position of anywhere but the Southern
18  District of Ohio.  And what's wrong with the
19  Southern District of Ohio?
20              MR. BROWN:  Your Honor, first of all,
21  there were three cases in the Southern District of
22  Ohio when the motion was filed.  This is a venue
23  suggested for creating an MDL when there otherwise
24  would never be there.  There is no connection to the
25  Southern District of Ohio.  The plaintiffs talk a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

Bean & Associates, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  lot about Judge Sargus and the DuPont MDL, but there
2  was a connection there.  DuPont had a facility in
3  the district, right on the river where the spill
4  was.  The people who were affected by the spill were
5  in the district.  Here there is no such connection.
6           JUDGE RENDELL:  Is there a connection
7  anywhere?  Isn't this coast-to-coast and it could
8  really be anywhere?
9           MR. BROWN:  Well, Your Honor, when counsel
10 quoted us, sure.  Most districts could handle it.
11 We're looking for who the most appropriate is, or
12 best.  A more direct answer to your question, Your
13 Honor, is that Bard is headquartered in the District
14 of New Jersey.  Their subsidiary is in the District
15 of Rhode Island.  And so we have advocated for the
16 Southern District of New York or the District of New
17 Jersey because that's where most of the witnesses
18 are going to be.  The proximity is just --
19           JUDGE RENDELL:  Shouldn't we pick the best
20 judge?
21          MR. BROWN:  Certainly that should be a
22 consideration.  But both the Southern District of
23 New York and the District of New Jersey are the most
24 experienced in MDLs and MDLs involving prescription
25 medical products like the products we have at issue

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  here.
 2              JUDGE VANCE:  What is the vacancy
 3  situation in New Jersey?
 4              MR. BROWN:  In New Jersey, I'm not sure
 5  what the vacancy is, but I think there's 34 slots.
 6  Over half don't have MDLs.  But you do have several
 7  judges, at least five that I can think of right now,
 8  that would be appropriate candidates.  Right now we
 9  have ten New Jersey judges with the hernia mesh
10  cases.  There are 13 hernia mesh cases currently,
11  which is interesting because, you know, Western
12  District of Missouri has 15, but the plaintiffs get
13  to control the filing of that.
14              JUDGE VANCE:  You don't dispute that Judge
15  Sargus is perfectly capable of handling this?
16              MR. BROWN:  I don't dispute that he's a
17  qualified judge.  The DuPont MDL was, frankly, very
18  unique.  It resulted from --
19              JUDGE VANCE:  That's redundant, you
20  realize.
21              MR. BROWN:  It was a class action
22  settlement of people who fell out of the settlement.
23  And even though most of the cases have settled,
24  Judge Sargus has 35 cases of the people who didn't
25  settle in that litigation all going to come up for
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  trial, and he's going to be the trial judge, and
 2  that's going to happen at the end of this year or
 3  the beginning of next year when our MDL would be
 4  starting to get up and running.
 5             JUDGE VANCE:  You also mentioned Judge
 6  Smith in Rhode Island who had a kind of a
 7  predecessor case.  Do you have any idea whether he
 8  would be willing to take this?
 9             MR. BROWN:  I don't, Your Honor.  And
10  otherwise, Rhode Island is obviously -- would be a
11  logical choice.  But because Judge Lisi, who
12  presided over this MDL for eight or nine years and
13  has all the knowledge, has retired, you have the --
14  Rhode Island is shorthanded.  They only have three
15  judgeships.  Two exist now, because Judge Lisi's
16  hasn't been filled.  One judge has a conflict and
17  would recuse himself, and then it's only Judge
18  Smith, who's a good judge and he has one other MDL.
19  I just don't know whether he would be willing to
20  take it or not.
21             JUDGE VANCE:  Thank you, sir.
22             MR. BROWN:  Thank you.
23             JUDGE VANCE:  I believe that Ms. Stokes
24  reserved a minute.
25             MS. STOKES:  Thank you, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


Bean & Associates, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              JUDGE VANCE:  You only had two minutes to
 2   start off with.
 3              MS. STOKES:  Yes, I reserved a minute.
 4   Thank you.
 5              First of all, I agree with the defendants
 6   on the District of Rhode Island.  I don't think
 7   that's appropriate.
 8              As far as -- this is a medical device.
 9   This isn't a pharmaceutical litigation.  Medical
10   devices -- any court can handle those.  Chief Judge
11   Sargus has already ruled on all of the Dauberts, all
12   the MSJs, so the handful of cases that are left in
13   the DuPont litigation are not going to hinder him,
14   and he will manage this litigation on a prudent
15   course.  There's just no question that he is ready
16   to handle another MDL of this size, and this is
17   going to be complex.  The District of New Jersey is
18   just simply overtaxed with MDLs, as is the Southern
19   District of New York.
20              JUDGE VANCE:  Thank you, ma'am.
21              MS. STOKES:  Thank you.
22
23
24
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  UNITED STATES OF AMERICA
 2  STATE OF NEW MEXICO
 3
 4                  REPORTER'S CERTIFICATE
 5      I, Mary Abernathy Seal, RDR, CRR, CCR, do
 6  hereby certify that the foregoing pages constitute a
 7  true transcript of proceedings had before the said
 8  Court held in the City of Santa Fe, New Mexico, in
 9  the matter therein stated.
10      In testimony whereof, I have hereunto set my
11  hand on this 26th day of July, 2018.
12
13         _____Mary A. Seal_____            
14         Mary Abernathy Seal, RDR, CRR, CCR
           BEAN & ASSOCIATES, INC.
15         NM Certified Court Reporter #69
           License expires:  12/31/18
16
17
    Date taken:  July 26, 2018
18
19
20
21
22
23
24
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com